**3**

TRUDI G. MANFREDO, Bar No. 166474
Chapter 7 Trustee
575 East Alluvial, Suite 103A
Fresno, California 93720
Telephone:  (559) 242-5577
Facsimile:  (559) 513-8148

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In the Matter of | Case No. 13-15250-B-7 |
| | Chapter 7 |
| DENNIS ZAMORA GAI and EILEEN BIANCARTE-GAI, | TMT-2 |
| | Date: February 12, 2014 |
| | Time:  10:00 a.m. |
| Debtor(s). | Dept.: B, Courtroom 12, Fresno |
| | The Honorable W. Richard Lee |

**MOTION TO SELL PERSONAL PROPERTY**

Trudi G. Manfredo, Chapter 7 Trustee of the above-referenced bankruptcy estate ("Trustee") of DENNIS ZAMORA GAI and EILEEN BIANCARTE-GAI ("Debtors"), brings this Motion to Sell Personal Property and respectfully represents as follows:

1. Trustee is the duly appointed, qualified and acting Trustee of the above-referenced bankruptcy estate.

2. Debtor filed under Chapter 7 of the Bankruptcy Code on July 31, 2013, and an order for relief was entered.

3. This Court has jurisdiction over this proceeding under 28 U.S.C. §1334(a). This is a core proceeding under 28 U.S.C.

1

§157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363. Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a) by virtue of the pendency of this case before the Court.

4. Among the assets of this bankruptcy estate is a 2002 Hyundai Sonata, VIN KMHWF25S72A526679, License #4UWE652 ("Personal Property").

5. Trustee has received and accepted an offer from the Debtors to purchase the Personal Property for a net to the estate of $2,125.00.

6. Trustee believes that this is a fair and equitable price for the Personal Property. Trustee believes the value of the personal property is $2,500.00. If the Trustee were to auction the Personal Property at that value, after paying 15% commission of $375.00 and the cost of $150.00 to transport and store the vehicle, approximately $1,975.00 would be generated to the bankruptcy estate. Debtor has paid and Trustee is currently holding $2,125.00 for the Personal Property.

7. The price to be received at auction is never certain, and could yield less than expected. The delay involved in auctioning this asset is not warranted.

8. There will be no adverse tax consequences to the estate as a result of the sale.

9. Based on her business judgment, Trustee believes that the immediate sale of the above-described Personal Property to the debtors is in the best interest of the creditors of this estate and all parties in interest. This is not the only asset of the estate.

10. Trustee requests that the provisions of Bankruptcy Rule 6004(h) be waived.

1    WHEREFORE, Trustee prays

2    1.   That the Motion be granted;

3    2.   That the Court issue an order authorizing the sale of the Bankruptcy Estate's interest in the 2002 Hyundai Sonata, VIN KMHWF25S72A526679, License #4UWE652 to the Debtors for a net to the estate of $2,125.00;

7    3.   That the provisions of Bankruptcy Rule 6004(h) be waived; and

9    4.   For such other and further relief as the Court deems just and proper.

DATED: 1-10-14

By /s/ Trudi G. Manfredo
TRUDI G. MANFREDO,
Chapter 7 Trustee

3